**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHARLES E. BATES,** ) | NO. CV 06-3893-MAN |
| ) | |
| **Plaintiff,** ) | |
| ) | **JUDGMENT** |
| **v.** ) | |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the** ) | |
| **Social Security Administration,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATED: February 13, 2008

                                          /s/
                              _____
                              MARGARET A. NAGLE
                              UNITED STATES MAGISTRATE JUDGE